UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BRIAN HEYMANN and STEVE SCHWARZ, Individually and on behalf of Others similarly situated, | CLASS REPRESENTATION |
| | CASE NO.: 6:25-cv-00466-PGB-UAM |
| Plaintiffs. | |
| vs. | |
| LENNAR HOMES, LLC, LEN-CG SOUTH, LLC, LEN OT HOLDINGS, LLC, and LENNAR CORPORATION, | |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' TIME-SENSITIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR REMAND**

Plaintiffs, Brian Heymann and Steve Schwarz, individually and on behalf of others similarly situated, oppose Defendants' request (Doc. 58) for an additional 45 days to respond to Plaintiffs' Motion to Remand (Doc. 57), and state as follows:

1.      Plaintiffs do not oppose Defendants' request to serve expedited requests for production to obtain the data underlying Plaintiffs' class citizenship analysis and have agreed to respond by August 15, 2025.

2.      Nor do Plaintiffs oppose an extension of Defendants' current deadline to respond to the Motion to Remand from August 15, 2025 to September 1, 2025.

1

3.     However, Plaintiffs oppose Defendants' request to extend the current deadline to respond to the Motion to Remand by 45 days from August 15, 2025 to September 29, 2025.

4.     On August 4, 2025, Plaintiffs' counsel contacted Defendants' counsel to inquire whether Defendants needed any additional information from Plaintiffs' expert's file to review and respond to the Motion to Remand. Plaintiffs' counsel also provided their expert's immediate availability for deposition the week of August 4 through 8 and the week of August 11 through 15. Defendants did not respond.

5.     As set forth in the Motion to Remand, Plaintiffs' class citizenship analysis is based on Defendants' class member list and publicly available data sources.

6.     The Motion to Remand contains a detailed description of the class citizenship analysis Plaintiffs' expert performed and attaches exhibits summarizing the results.

7.     Since their investigation in support of their Notice of Removal (Doc. 1) filed on March 17, 2025, Defendants have had ample time to evaluate class citizenship and conduct their own analysis of publicly available data sources.

8.     Defendants have not sufficiently demonstrated why they are unable to complete their analysis and respond to the Motion to Remand by September 1, 2025. Defendants' request for a 45-day extension should be denied.

Dated:  August 7, 2025

*/s/ J. Carter Andersen*

J. Carter Andersen, FBN 143626
Bryan D. Hull, FBN 20969
Harold Holder, FBN 118733
Lauren Yevich, FBN 106608
Abigail Tamayo, FBN 1049142
**BUSH ROSS, P.A.**
1801 North Highland Avenue
Tampa, FL 33602
813-224-9255
813-223-9620
Primary: candersen@bushross.com
Primary: bhull@bushross.com
Primary: hholder@bushross.com
Primary: lyevich@bushross.com
Primary: atamayo@bushross.com
Secondary: ksalter@bushross.com
Secondary: hhpld@bushross.com

J. Daniel Clark, FBN 0106471
**CLARK ♦ MARTINO, P.A.**
3407 West Kennedy Boulevard
Tampa, FL 33609
813-879-0700
813-879-5498 (Facsimile)
Primary:  dclark@clarkmartino.com
Secondary:  jliza@clarkmartino.com

John Marc Tamayo, FBN 030910
**CAMPBELL TROHN TAMAYO &
ARANDA**
1701 South Florida Avenue
Lakeland, FL 33803
Primary: j.tamayo@cttalaw.com
Secondary: c.velez@cttalaw.com
*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2025, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

<em>/s/ J. Carter Andersen</em><br>Attorney