UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:25-cv-00466-PGB-NWH

BRIAN HEYMANN and STEVE SCHWARZ, individually and on behalf of others similarly situated,

    Plaintiff(s),

vs.

LEN-CG SOUTH, LLC,

    Defendant(s).
_____/

## MEDIATION REPORT

The parties held a mediation conference on January 15, 2026, and the results of that conference are indicated below.

1. **Attendance**

    The following participants attended the mediation conference:

    ☑ Lead counsel

    ☑ The parties or a party's surrogate satisfactory to the mediator

    ☑ Any necessary insurance carrier representative

    List any unexcused absence or departure from the mediation conference:
    _____
    _____
    _____

2. **Outcome**

Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.
☐ The parties partially settled the case. The following issues remain:
_____
_____

☑ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  1/29/2026  , I electronically filed the foregoing document with the Clerk of the Court using ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by ECF.

_____
Frederick J. Lauten, Mediator
Mediator #38213R
Upchurch Watson White & Max
One Orlando Centre
800 N. Magnolia Avenue
Suite 400
Orlando, FL 32803
407- 661-1123 phone
flauten@uww-adr.com